Louis Rosen, Appellant, *v.* John Chesnius, Respondent.

(Argued December 12, 1933; decided January 9, 1934.)

*Abraham H. Sarasohn* for appellant.

*Louis Nizer, Robert S. Benjamin* and *Arthur B. Krim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.